IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RASHID MIR, SALMA IQBAL, RM, SAGAR PALANDE, FLAVITA LOBO, LUZ MARIA REYES TORRES, JOSE MANUEL BECERRA TORRES, OSBALDO VAZQUEZ REYES, KARLA DOMINGUEZ ESPINOZA, MEERA KALIMATA TANIKELLA, KARTHIK PANYALA, SANDRO GARCIA MARTINEZ, MARIA DE LOS ANGELES DURAN ELIAS, LUCIANO MIRANDA ROSAS, MARTHA CANDELARIA REYES MENDIETA, KERI COLLEEN COOPER SABILLON, MILTON RICARDO HERRERA MONTERROSO, DH, SRH, BIREN NOORDDIN DODHIYA, PARIN DODHIYA, BD, EDITH PEREZ LARA, PATRICIO RAMIREZ SANCHEZ, ROSALIO FELIX GUZMAN, MAYUR NAYAK, SAKSHI RAI, ALEXIS M. DE LA CRUZ CASTRO, SELENE CASTRO CARDIEL, JOSE DE LA CRUZ ORTIZ, NOORALLAH VADHWANIA, SHELINA VADHWANIA, ALEEM VADHWANIA, SAI NISCHAL DASARI, SHIVA LEELA RATHOD, FAROOQ ASLAM, SOHNI FAROOQ, BF, CHAITALI BRAHMBHATT, VISHAL NAYAK, DN, MN, KATTIA ZUNIGA, KARLA MENDOZA, CAMILO MUNOZ, JORGE SANCHEZ HERRERA, MAHMOOD MOHAMMAD, RODRIGO DE OLIVEIRA, LAYZA TONELOTTI, JESICA AUXILIADORA MARENCO ALGUERA, LUIS ANTONIO YANEZ AGUIRRE, FRANCIS ANDREAA RUIZ MARENCO, MARCO ALEJANDRO YANEZ AGUIRRE, MARCO ANTONIO YANEZ ALBA, PABLO FERREIRA, ENRIQUE FELIX TORRES, JAAHNAVI VAJJE, DUNG NGOC THI NGUYEN, HUY NGUYEN, LIEN LE, ASHA KOLAGUNDA NAGAPPA SHETTY, LANNY VAZQUEZ LOPEZ, ARF KAREDIA, ARYAN KABANI, LAURA GARZA, SAJJAD KHOJA, MUHAMMAD ARIF, VISHNU PRIYA NARRA, SOFIYAN SAMNANI, KEVIN EDUARDO REYES LOPEZ, HA EUN LEE, | 4:23CV3046<br><br>**ORDER OF DISMISSAL** |

MANPREET SINGH, SONIA VERONICA CHAVEZ MORENO, KAYUM SAMSHUDINBHAI KAYUM, SONAL KAYUM KABANI, JAYKUMAR NITINKUMAR PRAJAPATI, VED NITINKUMAR PRAJAPATI, CHANDRIKA PRAJAPATI, NITINKUMAR NARAYANBHAI PRAJAPATI, ALPESHKUMAR PATEL, JIGNASHABEN PATEL, AP, MURAD JAFARALI MUKHIDA, RITA MURAD MUKHIDA, AM, LUIS ALFONSO RUIZ REATIGA, ANA KAREN SILVA MONTOYA, AVRS, LERS, SBS, SADIQ DAREDIA, ROUNAK DAREDIA, AYMAN DAREDIA, AD, BENJAMIN RAMON MATUS, MARIA MAGDALENA QUESADA DURAN, BIANKA MASSIEL MATUS FONSECA, CAMQ, NORMA ANGELICA DELGADO CHAVEZ, CARLOS GERARDO SANCHEZ MARTINEZ, AJSD, MONICA TORRES RAMOS, CRISTOPHER TORRES RAMOS, NAVIN PATEL, VIMLABEN PATEL, DEVANG PATEL, ENKHBAYAR NYAMSAMBUU, BAYARMAA DAMBADORJ, EE, SALVADOR VENTURA, KARLA MALDONADO, GM, JIGNESH KUMAR PATEL, JP, MARYI CABRERA, KG, AG, ROBINSON ANDRES BENITEZ GONZALEZ, RUTH ANGELES GUADARRAMA, LESLIE ZUREIDY BENITEZ ANGELES, JITESHKUMAR TAWAR, SEMINA TAWAR, NT, SANJAYKUMAR PATEL, RITABEN PATEL, PP, NARESHKUMAR PATEL, ASHABEN PATEL, SP, ANISH SAYANI, SALIMA SAYANI, ZS, NOURIEN SURANI, ABDUL AZIZ KHOJA, BHUPESHKUMAR PATEL, ARATIBEN PATEL, RAVIKUMAR PATEL, BELABEN PATEL, ALEJANDRO FLORES CANELA, BERONICA ALVARADO, DIKSHEP MAHENDRABHAI PATEL, BHOOMI DIKSHEP PATEL, JAYESHKUMAR PATEL, BHUMIBAHEN BAROT, GANCHIMEG SANJAA, BOLD ENKHTUYA, PRAYAGKUMAR PATEL, DEEPAL PATEL, EMILIANO CRUZ

DOMINGUEZ, ROCIO CORONADO, ERASMO GUZMAN, ELIZABETH REYES, EUTIQUIO REYES GARCIA, ELSA GALINDO DE LEON, HECTOR FLORES, YUVAL LERMAN, HILA OFER TANAMY, YESENIA ARAUJO DOMINGUES, JOSE LUIS MENDOZA, MARIA RIVERA, LUIS HERNANDEZ, YADIRA MARLEN BERRONES NIETO, MARCO ANTONIO DELGADO NIEVES, SINTIA JACKELINE LEMUS CARDOZA, MARGARITO GOMEZ MARTINEZ, NOLVIA ELIZABETH TORRES IRIARTE, MARIO FERNANDO REYES ZUNIGA, MARIA VAZQUEZ, MILTON AMADOR, JAYESHKUMAR PRAJAPATI, NAINA ISHWARBHAI PRAJAPATI, PREMALKUMAR JAGDISHBHAI PATEL, NILAM GHANSHYAMBHAI, JITENDRAKUMAR PATEL, NISHABEN PATEL, ABRAHAM B POAC OCHOA, ODILIA GOMEZ QUIQUIVIX, MARTHA PEREZ GONZALEZ, OSCAR SUAREZ ZAMUDIO, NIRAVKUMAR PATEL, POOJA BHATT, RAHIM DHANANI, RESHMA DHANANI, PRATIK MATKAR, SHIVANI NILESH MEHTA, DARSHAK KIKANI, LORENA RODRIGUEZ HERNANDEZ, HEENABEN PRAJAPATI, AKSHAY PATEL, BHARATKUMAR PATEL, SOLANKI MITESHKUMAR, ABILENE GUTIERREZ SOLORZANO, ALVARO MALTA, GHANSYAMBHAI PATEL, ARPITKUMAR PATEL, PRINCEKUMAR MAHENDRABHAI PATEL, YALILL DE JESUS SALAZAR FERIA, JIANDAN HU, JANAKKUMAR PATEL, NAWAZ JIWANI, YESICA LILIANA MUELA PANDO, ERIKA JUDITH LLAMAS SOLTERO, ARMANDO LOVERA, MIGUEL ANGEL REATEGUI DIAZ, ROLAND VILLAMOR, JULIO GARCIA, MOISES MOISES MARTINEZ, RAJENDRAKUMAR KESHAVLAL PATEL, KANAIYALAL PATEL, FLOR VIRGINIA CARRILLO MORALES, DENISSE ABATO CASTILLO, RAHIM NOORANI, MANUELA PEREZ GARCIA, MONICA SANCHEZ ARTEAGA, JULIO

CESAR BONILLA GARCIA, BERTHA SANCHEZ GODINEZ, RUSHIL REJI, INGRID PEREZ, and ERASMO ARRIAGA,

           Plaintiffs,

vs.

UR JADDOU, Director, United States Citizenship and Immigration Services;

           Defendant.

This matter comes before the Court on the parties' Stipulation of Dismissal under specific terms agreed to by the parties. Filing No. 40. The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that this action be dismissed in accordance with the parties' agreed-upon terms pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated this 29th day of December, 2023.

           BY THE COURT:

           s/ Joseph F. Bataillon
           Senior United States District Judge